**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **(1) SHAMROCK BANK, N.A.,**   )<br>                                                        )<br>            **Plaintiff,**                )<br>                                                        )<br>v.                                                    )      Case No.: 22-cv-252-JAR<br>                                                        )<br>**(1) EVEREST NATIONAL INSURANCE**  )<br>**COMPANY,**                             )<br>                                                        )<br>            **Defendant.**              ) | |

## NOTICE OF SETTLEMENT

**COME NOW** Shamrock Bank, N.A., Plaintiff herein, and Everest National Insurance Company, Defendant herein, and do hereby notify the Court that the parties have entered into an agreement to settle this lawsuit. The parties request that the Court enter a 45 day administrative closing order to allow them adequate time to memorialize the terms of the settlement and consummate the settlement and, once such is accomplished, to file a stipulation of dismissal with prejudice to terminate this lawsuit.

Respectfully submitted,

*s/Robert R. Redwine*
*(signed by filing attorney with permission of attorney for Plaintiff)*
Robert R. Redwine, OBA #18131
Patrick R. Pearce, Jr., OBA #18802
Matthew C. Kane, OBA #19502
RYAN WHALEY
400 N. Walnut Ave.
Oklahoma City, Oklahoma 73104
Telephone:  405/239.6040
Email: rredwine@ryanwhaley.com
           rpearce@ryanwhaley.com
           mkane@ryanwhaley.com

**ATTORNEYS FOR PLAINTIFF
SHAMROCK BANK, N.A.**

        *s/ Phil R. Richards*
        Phil R. Richards, OBA #10457
        RICHARDS & CONNOR
        12th Floor, ParkCentre Bldg.
        525 S. Main Street
        Tulsa, Oklahoma  74103
        Telephone: 918/585.2394
        Facsimile: 918/585.1449
        Email: prichards@richardsconnor.com

        -and-

        Michael J. Smith, *Pro Hac Vice*
        Bryan W. Petrilla, *Pro Hac Vice*
        STEWART SMITH
        300 Conshohocken State Road, Suite 670
        West Conshohocken, Pennsylvania  19428
        Telephone: 484/534.8300
        Facsimile: 484/534.9470
        Email: Msmith@stewartsmithlaw.com
              Bpetrilla@stewartsmithlaw.com

        **ATTORNEYS FOR DEFENDANT**
        **EVEREST NATIONAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of April, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

    Robert R. Redwine, Esq. – rredwine@ryanwhaley.com
    Patrick R. Pearce, Jr., Esq. – rpearce@ryanwhaley.com
    Matthew C. Kane, Esq. – mkane@ryanwhaley.com
    RYAN WHALEY

**ATTORNEY FOR PLAINTIFFS**

        *s/Phil R. Richards*